# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MANIER, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIMS METAL MANAGEMENT - NORTHWEST, an unknown corporate entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00718-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

ON GOOD CAUSE APPEARING,

1. Plaintiff is granted leave to file his First Amended Complaint to add a cause of action for Violation of Labor Code §2698; and

2. Defendant's Answer to the Complaint shall be deemed responsive to the First Amended Complaint.

IT IS SO ORDERED.

DATE: April 25, 2019

_____
Hon. Jon S. Tigar
US District Court Judge