UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY MANIER,<br><br>    Plaintiff,<br><br>  v.<br><br>SIMS METAL MANAGEMENT-NORTHWEST, et al.,<br><br>    Defendants. | Case No. 19-cv-00718-JST<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND CLOSING THE CASE**<br><br>Re: ECF No. 65 |

On July 14, 2022, the Court granted Plaintiff Ricky Manier's motion for final approval of the class action settlement. ECF No. 57. On January 9, 2023, Manier filed two declarations regarding the disbursement of settlement funds and requested the release of the 15% of attorney's fees that were being withheld. ECF Nos. 60-62. The Court released the withheld fees to class counsel on January 11, 2023. ECF No. 63. On February 13, 2023, Manier filed an additional declaration regarding the final accounting of the settlement funds, which indicated the total number and amount of uncashed settlement checks. ECF No. 64.

On February 17, 2023, the parties filed a joint case management statement requesting that the case be closed in light of the declarations regarding the post-distribution accounting. ECF No. 65. The Court, accordingly, vacates the case management conference scheduled for February 21, 2023 and directs the clerk to close the case.

**IT IS SO ORDERED.**

Dated: February 21, 2023



JON S. TIGAR
United States District Judge